E-FILED
Thursday, 27 May, 2021 11:27:48 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 21-cr-30032 |
| ) | |
| JEREMY BANKS, ) | |
| ) | |
| Defendant. ) | |

## ORDER FOR ELECTRONIC REVIEW OF DISCOVERY

**SUE E. MYERSCOUGH, U.S. District Judge:**

This cause is before the Court on Defendant Jeremy Banks' Motion for Electronic Review of Pretrial Discovery by Defendant in a Correctional Facility (d/e 16). The Government does not oppose the motion. Defendant's motion is GRANTED. For the reasons set forth in Defendant's motion, the Court finds good cause to allow Defendant to review pretrial discovery electronically while in a correctional facility. See CDIL-LR 16.2(D).

Defendant shall be afforded electronic access to pretrial discovery in this cause pursuant to the procedures set forth in the following exhibits to Defendant's motion: Inmate Discovery Receipt

(d/e 16, p. 4), Rules Governing Use of Electronic Storage Media to View Legal Materials (d/e 16, p. 5), Electronic Discovery Viewing Log (d/e 16, pp. 6-7), Detainee Laptop Issuance Procedures (d/e 16, p. 8), and Discovery Material Authorization Form (d/e 16, p. 9).

Defendant's electronic access to pretrial discovery in this cause is expressly conditioned on: (1) the ongoing compliance at all times by Defendant with the policies and procedures established by this Court; and (2) the ongoing willingness of the correctional institution to afford Defendant electronic access to the pretrial discovery pursuant to the policies and procedures established by this Court. Should security concerns arise with respect to Defendant's access to pretrial discovery, that access can be temporarily suspended without leave of Court but with notice to Defendant's counsel. Defendant may seek to regain access via petition to the Court.

This Order shall modify only the application of Local Rule 16.2(B)(3) and (4) to this cause. All other provisions of Local Rule 16.2 remain applicable. The Court reiterates that Defendant shall not disseminate or reproduce discovery materials that are provided to him, see CDIL-LR 16.2(B)(1), (2), and that Defendant must return

all discovery materials in compliance with the Local Rules, see CDIL-LR 16.2(B)(5). Violation of these rules may result in contempt proceedings.

**ENTERED: May 27, 2021**

**FOR THE COURT:**

*s/ Sue E. Myerscough*
**SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE**