IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | )   No. 21-cr-30032 |
| JEREMY BANKS, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR RELEASE ON BOND

**NOW COMES** Defendant Jeremy Banks, by and through his attorney, Daniel Noll, for Defendant's Memorandum in Support of Defendant's Motion for Release of Bond, states the following:

If released on bond, the Defendant would reside with Eric Rent at 2518 Gaylord, Springfield, Illinois. Mr. Rent is also willing to serve as a third-party custodian to Mr. Banks. In the alternative, Mr. Banks could reside with Selena Brown at 4001 Treviso Dr., Apartment 109, Springfield, IL. Ms. Brown would also be willing to serve as a third-party custodian to Mr. Banks.[1]

If released, Mr. Banks would be employed as a barber at All-Star Cuts on McArthur Boulevard in Springfield. Mr. Banks was previously employed as a barber. He is the sole provider for his family and earns between $50,000-$60,000 per year in that capacity.

Mr. Banks' mother and grandmother reside at 1933 S. Martin Luther King Drive in Springfield. They each have significant health issues. His mother, Cheryl Evans, suffers from diabetes as well as high and low blood pressure. His grandmother, Dorthy Miller, is

---

[1] Defense Counsel is providing the probation officer with contact numbers for these individuals.

2

87 years old. She had a stroke in 2020 and requires care. In addition, she is currently in the hospital as she contracted COVID-19.

**WHEREFORE,** Defendant Jeremy Banks respectfully requests that he be released on bond and for such other and further relief as this Court deems just and equitable.

Respectfully submitted,

**NOLL LAW OFFICE,**

BY: /s Daniel Noll
DANIEL NOLL
Attorney for the Defendant
Reg. No. 228987
Noll Law Office, LLC
930 East Monroe Street
Springfield, IL  62701
(217) 544-8441
(217) 544-8775 (fax)
Email: noll@noll-law.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

**PROOF OF SERVICE**

I hereby certify that on August 23, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Sarah Seberger
    U.S. Attorney's Office
    318 South Sixth Street
    Springfield, IL 62701

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    Jeremy Banks
    Sangamon County Jail
    1 Sheriff's Plaza
    Springfield, IL 62701

    BY:  /s Daniel Noll
          DANIEL NOLL
          Attorney for the Defendant
          Noll Law Office, LLC
          930 East Monroe Street
          Springfield, IL  62701
          (217) 544-8441
          (217) 544-8775 (fax)
          Email: noll@noll-law.com